IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH W CLARK, | |
| Plaintiff, | 4:23CV3057 |
| vs. | |
| LANCASTER COURT OF NEBRASKA, HOLLY J. PARSLEY, Lancaster County Judge; W. RANDALL PARAGAS, Law Offices Attorney; LISA LOMACK, Divorce Wife; and COREY R. STEEL, Judicial Qualifications Commissioner; | MEMORANDUM AND ORDER |
| Defendants. | |

Before the Court is a motion filed by Plaintiff titled "To the motion of summary judgment the violation review and appeals courts" (the "Motion"). Filing No. 18. The totality of Plaintiff's Motion consists of the following: "Motion of for a review the violation of statute law rules code 24-722. Due process of law constitutions preclude all the amendment." *Id.*

While the Motion is fairly unintelligible, to the extent Plaintiff seeks reconsideration of this Court's prior order and judgment dismissing his case without prejudice, Filing Nos. 14 and 15, either as a motion to alter or amend judgment, filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, or as a motion for relief from judgment, filed pursuant to Rule 60(b), such review was previously performed by this Court and relief

was denied on November 15, 2023. Filing No. 17. To the extent Plaintiff seeks additional reconsideration of the dismissal of his case, the Court denies the Motion for the reasons set forth it its November 15 Order. See Id.

For these reasons IT IS THEREFORE ORDERED: Plaintiff's Motion, Filing No. 18, is denied.

Dated this 4th day of December, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court