IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KENNETH W CLARK,

                Plaintiff,

      vs.

LANCASTER COURT OF NEBRASKA,
HOLLY J. PARSLEY, Lancaster County
Judge; W. RANDALL PARAGAS, Law
Offices Attorney; LISA LOMACK, Divorce
Wife; and COREY R. STEEL, Judicial
Qualifications Commissioner;

                Defendants.

**4:23CV3057**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Kenneth W. Clark's August 12, 2024, letter which this Court construes as a motion to resend undescribed mail (the "Motion"). Filing No. 26.

In this Court's prior order dated June 27, 2024, Plaintiff was prohibited from filing any future documents or motions in this closed case, except for a notice of appeal or appellate documents. Filing No. 23 at 2 (citing *Grady v. Gaddy*, No. 4:19-CV-1701 NCC, 2021 WL 1020766, at *1 (E.D. Mo. Mar. 16, 2021), *aff'd*, No. 21-1860, 2021 WL 8155004 (8th Cir. June 22, 2021) (imposing identical restrictions)).

As Plaintiff's Motion is unrelated to an appeal, it is THEREFORE ORDERED that the Motion, Filing No. 26, is hereby stricken.

Dated this 22nd day of October, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge